STATE OF NEW JERSEY v. ROSARIO J. DENICOLA.

April 7, 1977.  Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF D. D.

April 7, 1977.  Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF D. D.

April 7, 1977.  Cross-petition for certification denied.

STATE OF NEW JERSEY v. D. D.

April 7, 1977.  Petition for certification denied.

STATE OF NEW JERSEY v. SETH M. ROSENFELD.

April 7, 1977.  Petition for certification denied.

CALVIN WINSTON v. THOMAS B. CUSHING, INC.

April 7, 1977.  Petition for certification denied.